# EXHIBIT F

November 13, 2008

## Declaration of:

Sergio Della Fortuna, being competent to testify in all respects, does declare as follows:

I am the Acting Vice Chair of the Ontario Parole and Earned Release Board, heading up the South West Service Sectors located in Milton, Ontario, Canada. I reside at 179 Central Ave., Grimsby, Ontario, Canada,

I have known George Georgiou since 2003. I was introduced to Mr. Georgiou by Mr. Bock, who I have known for the past 28 years, having worked together in both the Police dept. and in Business.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and the prosecutors have apposed allowing him to return to Canada to be with his wife and young family before his trail.

During the past several years, I have been with Mr. Georgiou and his family at different events and have come to know him personally. I believe that Mr. Georgiou is not capable of any violence toward anyone. I also believe that Mr. Georgiou is a man of his word and can and should be trusted.

I declare this under penalty of perjury that the foregoing is true and accurate.

Dated: November 13, 2008

Sergio Della Fortuna.

## DECLARATION OF JOHN MATSIAS

I, John Matsias, being competent to testify in all respects, do declare as follows:

1.   I reside at 9 Grand Hill Drive, Kitchener Ontario, Canada.

2.   I am a retired contractor.

3.   I have known George Georgiou since 1985.

4.   For the past 23 years, I have maintained a close friendship with Mr. Georgiou. We talk on a regular basis and have kept in touch with great frequency since we first met. I consider him a good friend.

5.   I am aware that the government has initiated criminal proceedings against Mr Georgiou and that the prosecutors have opposed his travel to and from his home in Canada prior to his trial.

6.   I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

7.   Based on my experience with .Mr. Georgiou, I believe him to be a peaceful person and a man of his word.

8.   Throughout the 23 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently or shy away from his responsibilities.

9.   I declare under penalty of perjury that the foregoing is true and accurate.


DATE: November, 13 2008                                            John Matsias

## DECLARATION OF GEORGE MATSIAS

I, George Matsias, being competent to testify in all respects, do declare as follows:

1.  I reside at 9 Grand Hill Drive, Kitchener Ontario, Canada.

2.  I am wine merchant.

3.  I have known George Georgiou since 1985.

4.  For the past 23 years, I have maintained a close friendship with Mr. Georgiou. I consider him a good friend.

5.  I am aware that the government has initiated criminal proceedings against Mr Georgiou and that the prosecutors have opposed his travel to and from his home in Canada prior to his trial.

6.  I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

7.  Based on my experience with .Mr. Georgiou, I believe him to be a peaceful person and a man of his word.

8.  Throughout the 23 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently or shy away from his responsibilities.

9.  I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November, 13 2008_____ George Matsias

DECLARATION OF
WILLIAM GREGORY PUCHALSKI

I, William Gregory Puchalski, declare as follows:

I am a manager with an international steel producer, working out of Whitby, Ontario, Canada.

I reside at 11 Charterhouse Drive, Whitby, Ontario, Canada.

I have known George Georgiou for the past 7 years, having originally met George through a business associate. At the time, I was an executive with a technology start-up, and was recommended to George for his business guidance. Since that time, I have changed careers, but continue to maintain a business and personal relationship with George. I have been fortunate to meet, interact, and socialize with his wife and family on many occasions over this same period; they are an incredible family unit.

I am aware that the United States government has initiated proceedings against Mr. Georgiou. I am also aware the prosecutors are opposed to allowing him to return to his home in Canada.

My experience with George has always been extremely positive. I find him to be an extremely intelligent, professional and respectful person who exhibits incredible care for both his family and friends. His dedication to his family and beliefs stand as a positive example to many, including myself. He is a devoted husband and father, and places the care and needs of his family above all.

I have never observed or heard of George ever being anything but a positive, generous, charitable, and peaceful person. I have never experienced anything confrontational, negative, or violent in his actions or personality. I find George to be a very spiritual and religious man, devoted to living a positive and peaceful life. I have never observed or heard of George behaving in any aggressive or violent manner.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 14, 2008

William Gregory Puchalski

## DECLARATION OF PAUL PANAYI

I, Paul Panayi, being competent to testify in all respects, do declare as follows:

1.      I reside at 3 Haida Place, Woodstock, Ontario, Canada.

2.      I have an M.Ed. in educational administration and I am currently a high school
        principal in Woodstock, Ontario, Canada.

3.      I have known George Georgiou since the early 1980s through our Greek Cypriot
        Community and Greek Orthodox Church in Kitchener, Ontario, Canada.

4.      For the past 25 years, I have maintained a friendship with Mr. Georgiou. I
        frequently saw Mr. Georgiou at our church and other social functions.

5.      I am aware that the U.S. government has initiated criminal proceedings against
        Mr. Georgiou and that the prosecutors have opposed allowing him to return to
        Canada before trial.

6.      Based on my experience with Mr. Georgiou, I believe him to be a peaceful person.
        Throughout the 25 plus years that I have known Mr. Georgiou, I have never
        witnessed or heard of any incidents that would suggest that Mr. Georgiou has a
        propensity to act violently. To the best of my knowledge, Mr. Georgiou has no
        violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 13, 2008

Paul Panayi

DECLARATION OF
PHILIP KELLY


I, Phil Kelly, being competent to testify in all respects, do declare as follows:

I am on the board of directors for a metals recycling company in Brampton, Canada.

I reside at 35 Appaloosa Drive in Carlisle, Ontario, Canada.

I have known George Georgiou for the past 17 years and continue to maintain a close friendship with him and his family.

I am aware that the United States government has initiated proceedings against Mr. Georgiou. I am also aware the prosecutors are opposed to allowing him to return to his home in Canada.

Based on my experience with George I know him to be a peaceful, spiritual man and regard him in the highest esteem. I have always known George to put his family first. I believe that if George gives his promise to appear in court he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the 17 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.


DATE: November 13, 2008

Philip Kelly

**DECLARATION OF**
**GARY BROMBERG**

I, Gary Bromberg, being competent to testify in all respects, do declare as follows:

1. I am a Home Builder in St. Jacobs, Ontario, Canada.
2. I reside at 158 Golf Course Road, Conestogo, Ontario, Canada
3. I have known George Georgiou since 1985, when we attended High School.
4. I have maintained a friendship with Mr. Georgiou speaking or visiting with him a few times every year.
5. I have been advised that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.
6. Based on my experience with Mr. Georgiou, If he gives his promise to appear, he will do so.
7. In my opinion, Mr. Georgiou is a peaceful person.  Throughout the years I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently.  To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 14, 2008.


Gary Bromberg

DECLARED before me this 14th day of November, 2008 in the City of Waterloo, Province of Ontario, Canada

Robert Bruce Sutherland
Notary Public

# DECLARATHION OF
# PETER CALVIN PURAS

I, Peter Calvin Puras being competent to testify in all respects, do declare as follows:

1)     I am the owner and President of a construction company specializing in the design and building of upscale Custom Homes.

2)     I reside at 270 Sandwell Drive, Oakville Ontario, Canada.

3)     I have had the pleasure and honor of knowing Mr. George Georgiou for almost two decades. Mr. Georgiou's family and my family have built a very close and trusting friendship. Mr. George Georgiou is, without question, a gentleman of the highest integrity and moral standard, a man of deep religious and spiral beliefs.

    I truly feel blessed to call George Georgiou my friend and I consider him family.

4)     I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou and the prosecutors have opposed allowing him to return to Canada pending his trial. I am willing to sign a Personal Recognizance Bond in support of Mr. Georgiou's release. I know this man and trust that if he gives his promise to appear in court proceedings, he will do so.

5)     Over the past two decades I have spent a great deal of time with Mr. George Georgiou I have witnessed his uncountable acts of generosity and decency for those in need. I believe George Georgiou to be one of the kindest and gentlest individuals I have had the good fortune of befriending. I have never witnessed nor heard of any incidents that would suggest that Mr. Georgiou have the propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tenancies.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated this the 14th day of November, 2008

Peter Calvin Puras

## DECLARATION OF
Ed Roszczka

I, Ed Roszczka, being competent to testify in all respects, do declare as follows:

I reside at 10070 Pineview Trail, Campbellville, Ontario, Canada.

I have known George Georgiou since 2000, when I purchased property near his residence.

We became neighbours in 2004 upon construction completion of our current residence.

Our families have socialized since meeting in 2000 and Mr. Georgiou and I would often discuss general business issues. I am the owner of a corporate communications firm in Cambridge, Ontario and I have often called upon George for general business advice.

I believe George to be a devoted family man, and an intelligent business man.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the eight years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently.

To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 14, 2008

Ed Roszczka

# DECLARATION OF
## George Vasileas

I, George Vasileas being competent to testify in all respects, do declare as follows:

I am George Georgiou's first cousin.

I reside at 448 Townsend Rd. Breslau, Ontario, Canada.

I am a Senior Account Manager of Business/Personal at RBC Royal Bank.

I have known Mr. Georgiou all my life.

Through out my whole life I've kept a close relationship with Mr. Georgiou and I speak on a regular basis. He is a great father to his children and a supporting husband.

I am aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout my whole life that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 13, 2008.

George Vasileas

To whom it may concern:

I, Charles Messina, residing at 410 Queen's Quay in Toronto, Ontario Canada, have known George Georgiou and his family for approximately 15 years. I know George to be a loving and caring son to his mother and father who divorced when George and his sister Maggie were very young. George's father passed away over a year ago after many years of a debilitating disease that kept him from working and supporting himself. As long as I have known George, he personally cared for and supported his father with the best medical care until his passing. I know George to be a loving and caring husband to his wife Karen and their children Alex, Anna, Christopher, and their beloved son Johnny who they lost to cancer at the age of eight in 2006. I observed first hand the pain and suffering that this young boy experienced and the great lengths to which George and Karen resorted to in providing their son with the best medical treatment and in home care possible that added several precious years to this beautiful boy's life. I can only imagine the pain and suffering that this family is going through during this separation, especially in light of the fact the Karen has recently given birth to another child which George has not been able to see to date. I have visited the Georgiou household on numerous occasions over the years and have never observed any acts of violence and only have seen a caring and loving man who lives to be around his wife and children and surrounded by their friends and young families.  I urge the court to allow George Georgiou to travel back and forth between his home and the United States during court proceedings to allow a family of 4 young children which includes a newborn, to be reunited with their father who can in turn provide some support and care for them and their mother.  George's number one priority has always been his family and his history bears this out.

Sincerely,

Charles Messina
November 13, 2008

DECLARATION OF

RANIERO CORSINI

I, Raniero Corsini, being competent to testify in all respects, do declare as follows:

1. I reside at 1204 Clarkson Road, Mississauga, Ontario, Canada

2. I have known George Georgiou since 1990, when we became friends.

3. For the past 18 years, I have maintained a close friendship with Mr. Georgiou and we talk and socialize frequently. Mr. Georgiou is the godfather to my daughter. He is a family man and is an honourable person.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise and word to appear in any court proceedings, that he will do so and honour these proceedings.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou is a violent person or has acted violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATED: _November 14, 2008_

Raniero Corsini

## DECLARATION OF HENRY FONG

I, Henry Fong, being competent to testify in all respects, do declare as follows:

1. I reside at 184 Ridout Street South, London, Ontario Canada

2. I am a self-employed financial consultant

3. I was introduced to Mr. George Georgiou in 1995 and have been good friends with him since.

4. I have had the pleasure of knowing Mr. Georgiou for 13 years, and we have maintained a very friendly relationship. I have an enormous amount of respect for Mr. Georgiou.

5. I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that prosecutors have opposed allowing him to return to Canada before trial.

6. I am willing to sign a Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

7. Based on my personal experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the 13 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.


Date: November 13, 2008

Henry Fong

## DECLARATION OF JOSEPH JOHN GENOVESE

I Joseph John Genovese, being competent to testify in all respects, do declare as follows:

I am a licensed Realtor in Hamilton, Ontario, Canada

I reside at 301-293 Mohawk Road East, Hamilton, Ontario, Canada

I have known George Georgiou since 1991, when we worked together at Midland Walwyn in Kitchener, Ontario, Canada.

For the past 17 years, I have maintained a close friendship with Mr. Georgiou. We have played sports together, socialized at numerous events and talk regularly. I have always known Mr. Georgiou to be a very respectful and benevolent person.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a rational and peaceful person. Throughout the 17 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the forgoing is true and accurate.

Dated: November 13th 2008

JOSEPH JOHN GENOVESE

# DECLARATION OF
# DIANE CAROL UNDERWOOD

*I, Diane Underwood, being competent to testify in all respects, do declare as follows*

- I reside at 114 Wilbert Cox Drive, Carp, Ontario K0A 1L0

- I have known George Georgiou since 1987

- I consider Mr. Georgiou my closest personal friend.

- Mr Georgiou is the legal guardian of my 4 children

- In the 21 years I have know Mr. Georgiou his priority has continuously remained the well being of his family and responsibility to his church.

- Mr. Georgiou is a devout humanitarian and selfless community leader.

- In 21 years I have know Mr. Georgiou, I am completely confident his motivation for any / all actions to be pure and honourable.

- Mr Georgiou (and family) have endured a devestating personal loss with the severe illness and subsequent death of their young son. I am aware that the United States Government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial. I believe this separation would create further emotional strain on himself, his wife and very young children.

- I am willing to sign the Personal Recognizance Bond in Support of Mr. Georgiou's release. I am also willing and able to post $100,000 as collateral in support of any bond. I have complete faith that Mr. Georgiou will apply with any / all conditions placed upon him.

Throughout the 21 years I have known Mr. Georgiou, not once have I seen any sign of aggression violence or instability. I have known him as a dependable, peaceful and religious man true to the highest of moral standards

*I declare under penalty of perjury that the foregoing is true and accurate.*

DATE: _____        _____
November 13th, 2008                              Diane Carol Underwood

**DECLARATION OF MR. ANASTASIOS G. STATHOPOULOS**

I, Anastasios G. Stathopoulos, being competent to testify in all respects, do declare as follows:

1. I reside at 249 Waterbend Cres., Kitchener, Ontario in Canada with my wife and four children.
2. I am a Senior Manager, National Accounts with Bessey Tools North America located in Cambridge, Ontario, Canada.
3. I am the current President of the Board of Directors for the Greek Orthodox Community of Saints Peter and Paul Church in Kitchener, Ontario, Canada, completing my term at the end of the 2008 calendar year. I was Secretary of the Board of Directors for four years prior.
4. I have known Mr. Georgiou since 2002 when we were elected to our church community Board of Directors, taking office January 1, 2003.
5. For the past six years I have maintained a close friendship with Mr. Georgiou and his family as our children are the same age and participate in the same programs through our church.
6. I am aware that the United States Government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.
7. I am able and willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou as a genuine man of faith, honesty and kindness, and trust he would not break his word to appear in court proceedings.
8. Based on my experience with Mr. Georgiou, I know him to be a peaceful and loving family-man. Throughout my six years of knowing Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 13, 2008

Anastasios G. Stathopoulos

**Declaration of**
**Gabrielle Chevalier**

I, Gabrielle Chevalier, being competent to testify in all respects, do declare as follows:

I own a distribution company in Mississauga, Ontario, Canada.

I reside at 125 George Street, Oakville, Ontario, Canada

I first became acquainted with Mr. Georgiou in 2003, through my brother.

For the past five years, I have maintained an acquaintance with Mr. Georgiou which has developed into a friendship over the past several years.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I am willing to sign a Personal Recognizance Bond in support of Mr. Georgiou's release. I am also willing and able to post $150,000 as collateral in support of any bond. I know Mr. Georgiou and trust that if he gives his promise to appear in court, he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the five years I have known Mr. Georgiou; I have never witnessed or heard of any incidents that would lead me to believe that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 12, 2008          Gabrielle Chevalier

DECLARATION OF ANDREAS F. CONSTANTINOU

Andreas F. Constantinou, being competent to testify in all respects, do declare as follows:

1. I own a playground inspection and consulting company in Waterloo, Ontario, Canada.

2. I reside at 67 Norwood Cr., Waterloo, Ontario, Canada.

3. I have known George Georgiou since childhood (over 30 years).

4. I have always maintained a close relationship with George Georgiou and his family. Our families socialize and visit together several times a year.

5. I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

6. I am willing to sign the Personal Recognizance Bond in support of George Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

7. Based on my experiences with Mr. Georgiou, I believe him to be a peaceful person. Throughout the thirty (30) plus years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 13, 2008

_____
Andreas F. Constantinou

# DECLARATION OF DAVID L. KAGEL

I, David L. Kagel declare under penalty of perjury as follows:

I am an attorney licensed to practice in California and New York where I was first admitted to practice in 1966. I have known George Georgiou since 1999. I represented him thereafter in a business transaction. I have come to know Mr. Georgiou as a client and friend.

I understand that United States prosecutors have initiated criminal proceedings against Mr. Georgiou and oppose allowing him to return to Canada before trial.

I believe that if allowed to return to Canada, Mr. Georgiou will keep his promise to return to the United States for trial. Based upon my experience with him I believe that he is trustworthy and keeps his promises. More importantly, I do not believe that it would be in his self interest to become a fugitive from justice in the United States given his business dealings both here and elsewhere in the world.

I have no knowledge of any violent tendencies by Mr. Georgiou. I have always known him to be a peaceful person committed to his family and his religion.

I make this declaration under penalty of perjury under the laws of the State of California.

Dated: November 13, 2008

DAVID L. KAGEL

## DECLARATION OF ROBERT WATSON

I, Robert Watson, being competent to testify in all respects, do declare as follows:

1. I am George Georgiou's brother-in-law.

2. I reside at 6 Buerkle Court, Kitchener, Ontario, Canada.

3. I have known George Georgiou for twelve years.

4. I have always maintained a close relationship with my brother-in-law. We speak often and spend a lot of time at family gatherings together. He baptized and is godfather to my first child.

6. I am aware that the government has initiated criminal proceedings against George Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

7. I am willing to sign the Personal Recognizance Bond in support of George Georgiou's release. If necessary, I am willing and able to post $150,000 in equity from my home, with my wife Marialena Watson, as collateral in support of any bond. I know George Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

8. Based on my experience with George Georgiou, I believe him to be a peaceful person. Throughout the twelve years that I have know my brother-in-law, I have never witnessed or heard of any incidents that would suggest that George Georgiou has a propensity to act violently. To the best of my knowledge, George Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 13, 2008

Robert Watson

DECLARATION OF
WILLIAM PAUL PETRIE

I, William Paul Petrie, being competent to testify in all respects, do declare as follows:

1. I have an MBA and am currently a part time student at Tyndale Baptist Seminary completing an M.Div. I am President of a marketing consulting company.

2. I reside at 21 Sagebrush Lane, Toronto Ontario Canada

3. I have known George Georgiou since 1995 via an introduction from mutual friends.

4. My wife and I had a close relationship with George and his wife Karen up until the death of his son John. Since then, George and I have communicated intermittently.

5. I am aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

6. I am willing to sign the Personal Recognizance Bond in support of Mr.Georgiou's release. I am also willing to come to Philadelphia to meet with you at your convenience in support of my friend.

7. I know Mr. Georgiou and trust that if he gives his promise to appear, he will do so.

8. Based on my experience with Mr. Georgiou, I believe him to good man, a good husband and a good father. I trust him fully. I know that he will not act in any way that would jeopardize his being with them. Both my wife and I have great respect and affection for both George and Karen.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 13, 2008

William Paul Petrie, B.A., M.B.A.
416-399-7032

## DECLARATION OF STEVEN RUSE

I, Ronald Steven Ruse, being competent to testify in all respects, do declare as follows:

1. I own a development company in Campbellville, Ontario Canada;

2. I reside at 10095 Pineview Trail, Campbellville, Ontario Canada;

3. I have known George Georgiou since January 2008 when we became neighbours;

4. Since January 2008 our families have met and talked socially on many occasions;

5. I am aware that the Government of the United States has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial;

6. I know George Georgiou to be a loving father and husband and a man of faith. I have witnessed his interaction with his wife and children and have seen him to be a man of high ethical and moral standard. Based on my experiences with Mr. Georgiou, I believe him to be a peaceful person.

7. I believe and trust that if Mr. Georgiou gives his promise to appear, he will do so.

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 13th day of November, 2008

Ronald Steven Ruse

## DECLARATION OF
## CHARALAMBOS PALESHI

1.  I am a member of the Greek Orthodox Church of St Peter and Paul in Kitchener, Ontario, Canada.

2.  I have two sisters and one brother that live in the United State.

3.  I reside at 171 Woodridge Dr, RR #2, Petersburg, Ontario.

4.  I have known George Georgiou for over thirty years but the last ten years we have become close friends as we very often get together with our families.

5.  I am aware that the U.S government initiated criminal proceedings against Mr. G. Georgiou and that the prosecutors do not allow him to visit his family in Canada prior to trial, because they think he is a flight risk.

6.  Based on my experience with Mr. Georgiou, I believe him to be a true man for his word and I have never seen him to be nothing but a calm and honest person.

7.  I declare under penalty of perjury that all the above is accurate and true.

November 13-2008

Charalambos  Paleshi

### DECLARATION OF MARIALENA WATSON

I, Marialena Watson, being competent to testify in all respects, do declare as follows:

1. I am George Georgiou's sister.

2. I am an elementary school teacher with the Waterloo Region District School Board in Kitchener, Ontario, Canada. I have been employed as a teacher for nine consecutive years.

3. I reside at 6 Buerkle Court, Kitchener, Ontario, Canada.

4. I have known George Georgiou for my entire life of thirty-three years. I resided with my brother in my family home, for the first nineteen years of my life.

5. I have always maintained a close relationship with my brother. We visit each other weekly. He baptized and is godfather to my first child.

6. I am aware that the government has initiated criminal proceedings against George Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

7. I am willing to sign the Personal Recognizance Bond in support of George Georgiou's release. If necessary, I am willing and able to post $150 000 in equity from my home, with my husband Robert Watson, as collateral in support of any bond. I know George Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

8. Based on my experience with George Georgiou, I believe him to be a peaceful person. Throughout the thirty-three years that I have know my brother, I have never witnessed or heard of any incidents that would suggest that George Georgiou has a propensity to act violently. To the best of my knowledge, George Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 13, 2008

Marialena Watson
Marialena Watson

## DECLARATION OF ANDREA SIELKEN

I, Andrea Sielken, being competent to testify in all respects, do declare as follows:

1-I reside at 223-26B 65th Avenue Oakland Gardens NY 11364 in the United States

2-I am 2nd cousins with George Georgiou and our families have maintained close relationships all of our lives

3-Reside in the same neighborhood in which George has been staying with my parents since his release and thus have been spending a signifigant amount of time consulting with George on this matter. I find it shocking that anyone would consider him a risk at all.

4-To my knowledge, George has always been an honest hardworking man dedicated to his family. He has always been known as a man of great character to every member of our family. He has always been a man of great ethical values, morals, with strong religious beliefs.

It has been a been a sad time that he has already missed the birth of his 5th child and has not seen his other young children since September. His wife is undergoing many hardships due to this unforeseen situation.

5-I am willing to sign the Personal Recogniznace Bond in support of George's release. I know George and if he promises to appear in court, he will do so.

I declare under penalty of perjury that the foregoing is true and accurate.

November 11, 2008    _Andrea Sielken_

Andrea Sielken

## DECLARATION OF ELENA GEORGIOU

I, Elena Georgiou, being competent to testify in all respects, do declare as follows:

I am a Certified General Accountant (C.G.A.) and I am an auditor with the Canadian Federal Government in Kitchener, Ontario, Canada.

I reside at 10 Brembel Street, Kitchener, Ontario, Canada.

I am not related to George Georgiou.

I have known George Georgiou since 1980, when we attended Greek School together. For the past 28 years, I have maintained a close friendship with Mr. Georgiou and his family.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I am also willing to post a $100,000 as collateral in support of any bond. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

Based on my experience with Mr. Georgiou, I know he is a peaceful person. I have never once witnessed or heard any incidents that would suggest that Mr. Georgiou has a propensity to act violently.

I declare under penalty of perjury that the foregoing is true and accurate.

Date:  November 13, 2008

Elena Georgiou

# Tony Catalanotto

P.O. Box 11495, Grand Cayman KY1-1009 , Cayman Islands, B.W.I.          Cell: (345) 926-7368     Res: (345) 946-3335

November 13, 2008

To Whom It May Concern:

### Re: Mr. George Georgiou

I have been asked to provide a character declaration on Mr. George Georgiou and may I begin by saying that I do so with great pleasure and without reservation whatsoever.

I Tony Catalanotto of Grand Cayman have had the privilege of being acquainted with Mr. Georgiou both personally and professionally for a period in excess of 16 years.  Throughout our association, I have always held Mr. Georgiou in high regard and consider him to be an outstanding individual with both work and moral ethic beyond reproach.  He has also demonstrated in my estimation high standards and is a person of honesty and integrity.

Over the years our families have become close and I feel that I know Mr. Georgiou better than most. He is a church going man that would never knowingly put his family either directly or indirectly in harm's way. Furthermore, I have always known him to be a person that puts the interests of others before his very own.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

Having read the pre-trial Memorandum Order, I find that many of the allegations are uncharacteristic of Mr. Georgiou. Throughout the 16+ years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently.

I believe that I know Mr. Georgiou well enough and trust that if he gives his promise to appear in court proceedings, he will do so.

Should you require additional information, please feel free to contact the undersigned.

Sincerely,

**Declaratio    f Timothy Berezowski**

I, Timothy Berezowski, being competent to testify in all respects, do declare as follows:

I reside at 7864 Cathedral Dr., Niagara Falls, Ontario.

I Have known George Georgiou for nearly 2 years.

I have and continue to maintain a close friendship and business relationship with him.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou and that the prosecutors have opposed allowing him to return to Canada before trial based on allegations of flight risk and violence.

Based on the short time that I have known Mr. Georgiou I have no question as to the value of his word. I believe that any commitment made by him will be kept. I also believe that Mr. Georgiou has no violent tendencies. Further more, I have witnessed the exceptional family bond possessed by the Georgiou family, I believe that this also attests to his stability and that he is not a "flight risk".

I am willing to sign a personal recognizance bond in support of Mr. Georgiou's release.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 12, 2008

Timothy Berezowski

**DECLARATION OF**
**TERESA LYNN EMANUEL, US Passport Number, 71127928**
**And Mr. BRENT BORIS EMANUEL, Canadian Passport Number, JX286715**

I, **Teresa Lynn Emanuel**, being competent to testify in all respects, do declare as follows:

1. I am the cofounder and owner of CCSET International a corporation dedicated to providing sports, education and training located in Antigua, West Indies. CCSET International operates a primary school, middle school a secondary school and an athletic training and conference center.

2. I reside at Longfords, Antigua, West Indies.

3. I have known George Georgiou since 1984 when I became acquainted with him as a friend in Kitchener, Canada.

I, **Brent Boris Emanuel**, being competent to testify in all respects, do declare as follows:

1. I am a pastor/missionary, cofounder and owner of CCSET International Incorporated.

2. I reside at Longfords, Antigua, West Indies.

3. I have known George Georgiou since 1977 when I became acquainted with him as a friend in Kitchener, Canada. We have been friends ever since and have never lost touch. We see each other and speak regularly.

4. For the past twenty-four years (Teresa) and thirty-one years (Brent Boris), our family has maintained a very close relationship with Mr. and Mrs. George Georgiou. We talk and visit often and are as close or closer than family in all the ways that are important. We trust each other with our children. If something happens to us, our children would be raised by Mr. Georgiou and his wife. When our older children are in Canada, the Georgious serve as their guardians.

5. We are aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial and we feel that this is unusual and unreasonable punishment. Those making this decision would be well advised to reconsider in the light of this character reference and other persons of good standing who know Mr. Georgiou on an intimate basis and would risk their personal livelihood based on their conviction of the Mr. Georgiou and his personal and business character.

6. We are willing and able to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. We are willing and able to post appropriate collateral in support of any bond. We know Mr. Georgiou intimately and trust that if he gives his promise to appear he will do so.

7. Based on our experience with Mr. Georgiou, we know him to be a peaceful law-abiding person with integrity and honour. Throughout the over twenty (Teresa) and over thirty (Brent Boris) years we have know Mr. Georgiou, we have never witnessed or been made aware of incidents that would suggest either that Mr. Georgiou is violent or is capable of the allegations made against him.

Separate, we each declare under penalty of perjury that the foregoing is true and accurate

Date November 12, 2008

Mrs. Teresa Emanuel

Mr. Brent Boris Emanuel

# DECLARATION OF KELLY MCALLISTER

I, Kelly Mcallister, being competent to testify in all respects, do declare as follows

1. I reside at 298 Peel Street New Hamburg,Ontario,Canada
2. I have been a close friend of Mr Georgiou since 1980
3. Mr Georgiou and I went to grade and high school together and have maintained a close relationship with regular communication
4. I am aware that the government has initiated criminal proceedings aganst Mr Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.
5. I have known Mr Georgiou for the past 28 years and know if he gives a promis to appear in court, he is a man of his word
6. Based on my 28 years of knowing Mr Georgiou I have never seen or heard of any violent acts or tendencies
7. I declare under penalty of perjury that the foregoing is true and accurate.

**KELLY MCALLISTER**

## DATE: NOVEMBER 12, 2008

## TO WHOM IT MAY CONCERN - A DECLARATION

1. That we, James A. Underwood (Major, (Ret) Cdn. Armed Forces) and Erylene K. Underwood, B.A. do declare the following:

2. We reside at 2 Stonecroft Terrace, Kanata (Ottawa) Ont., Canada, K2K 2T9.

3. We have known George Georgiou, on a personal basis, since 1988, and while we both lived in Kitchener, Ontario, on numberous occasions he was a visitor in our home.

4. He was always the ideal gentleman, punctual, dependable with impeccable manners. - and never a person of duplicity.

5. All through our 20 years of association, never did we find him to be other than a person of unquestionable integrity. An honourable person in every sense of the word. We have always valued his friendship and advice and with our "old fashioned" values would highly commend him to anyone. A generous, peaceful individual, he is more than an aquaintance, he is a friend.

November 12, 2008.
Email address:  <crs1615@golden.net>
Fax and Phone No.  613-592-1516.


James A. Underwood


Erylene K. Underwood.

11/13/2008

## Declaration of Earle Hammond

I, Earle Hammond, being competent to testify in all respects, do declare as follows:

I own a sales and marketing company in Mississauga, Canada.

I reside at 16 Cranberry Lane, Aurora, Ontario, Canada.

I have known George Georgiou since 2004 when we were introduced through my business partner.

For the past 4 years, I have maintained a close relationship with Mr. Georgiou and socialize frequently.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I am willing to sign a Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the 4 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.


Date: November 13, 2008                    Earle Hammond

## DECLARITION OF MICHAEL CHEVALIER

I Michael Chevalier, being competent to testify in all respects, do declare as follows:

I reside at 125 George Street, Oakville, Ontario, Canada, L6J 3B9.

I have been employed successfully in Truck sales for the last fifteen (15) years

I have known George Georgiou since 2003. We socialize through family, and consult each other on many of life's decisions, as George's strengths as a wise and gentle man are well recognized in our family.

I am aware that the United States Government has initiated criminal proceedings against Mr. Georgiou, and that the prosecution has opposed his return home to Canada pending trial.

I know that Mr. Georgiou's word is one of honesty, and integrity, and his promise to appear in court when required is tried and true.

I am proud to fully support Mr. Georgiou whole heartedly in the true spirit of justice.

Again, in closing, if one thing is clear here, it would be Mr. Georgiou's honesty and integrity. Suffice it to say that George is a wise and gentle loving husband, father, and friend.

I declare under penalty of perjury that foregoing is true, and accurate to the best of my ability.

Michael Chevalier

November 13, 2008

Declaration of Kypros Kyprianou

1) I Kypros Kyprianou being compatant to testify in all aspects, do declare the following.

2) I am a Real Estate Agent in Kitchener, Ontario, Canada. I have know George Georgiou since 1993 and he became my Bestman at my wedding and he also Baptized my first born son.

3) I am aware that the Government has initiated crimanal procceedings against George Georgiou and that the Prosecutor have apposed allowing him to return to Canada before the trial.

4) I am willing to sign a personal recognizance Bond to support George Georgiou's release. I know George and trust thatif he has promised to appear, he will do so.

5.) Based on my experience with George Georgiou. He is a very peaceful, easygoing person that would never be a violent threat to anyone. He is a great Father to his children and a great friend to many people including myself.

Dated November 13,2008

Kypros Kyprianou

# DECLERATION OF STEVE SPYROPOULOS

I Steve Spyropoulos being competent to testify in all respects do declare as follows:

- I reside at 2662 rue Viel Montreal Quebec in Canada
- I have known George Georgiou roughly 12 months.
- A mutual friend introduced us.
- In the past twelve months I have had occasion to get to know Mr. Georgiou in a social context, on his visits into Montreal.
- I am aware that the government has initiated criminal proceedings against Mr. Georgiou and that the prosecutors have opposed allowing him to return to Canada before trial.
- I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

- Based on my experience with Mr. Georgiou, I believe him to be a peaceful and spiritual person, a dedicated and caring father and husband.
- I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 13, 2008

Steve Spyropoulos

## DECLARATION OF
## THOMAS BOCK

I, Thomas Bock, being competent to testify in all respects, do declare as follows:

I own a sales and marketing company in Mississauga, Canada.

I reside at 287 McDonald Road, Oakville, Ontario, Canada.

I have known George Georgiou since 2001, when we became neighbors.

For the past seven years, I have maintained a very close friendship with Mr. Georgiou and we talk and socialize very frequently.

I am aware that the United States government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial.

I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I also am willing and able to post $500,000 as collateral in support of any bond. I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the seven years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: September 23, 2008

Thomas Bock

## DECLARATION OF JOVAN ILIC

I, Jovan Ilic, being competent to testify in all respects, do declare as follows:

1.      I reside at 140 Jamison Way, Seven Fields, Pennsylvania, in the United States.

2.      I have a PhD in electrical engineering and am currently a researcher at Carnegie Mellon University in Pittsburgh, Pennsylvania.

3.      I have known George Georgiou since 2001, when I was introduced to Mr. Georgiou by Reverend Michael Athanasios Platanis.

4.      For the past seven years, I have maintained a very close friendship with Mr. Georgiou.  We talk on a regular basis and have visited each other a few times every year since we first met.  I also baptized and am godfather to Mr. Georgiou's daughter.

5.      I am aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial. If necessary, I am willing and able to house Mr. Georgiou at my residence in Seven Fields, Pennsylvania, for the duration of the proceedings against him.

6.      I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release.  I know Mr. Georgiou and trust that if he gives his promise to appear in court proceedings, he will do so.

7.      Based on my experience with Mr. Georgiou, I believe him to be a peaceful person.  Throughout the 7 years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently.  To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: September 23, 2008

_Jovan Ilic_
Jovan Ilic

## DECLARATION OF GREGORY PASCHALIDES

I, Gregory Paschalides, being competent to testify in all respects, do declare as follows:

1.    I am George Georgiou's uncle.

2.    I reside at 221-03A, 67th Avenue, Bayside, New York, in the United States.

3.    I have known Mr. Georgiou since he was born.

4.    I have always maintained a very close relationship with Mr. Georgiou.

5.    I am aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial. If necessary, I am willing and able to house Mr. Georgiou at my residence in Bayside, New York, for the duration of the proceedings against him.

6.    I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear, he will do so.

7.    Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout Mr. Georgiou's whole life, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: September 23, 2008

Gregory Paschalides
Gregory Paschalides

## DECLARATION OF
## REVEREND MICHAEL ATHANASIOS PLATANIS

I, Reverend Michael Athanasios Platanis, being competent to testify in all respects, do declare as follows:

1.      I am a priest for the Greek Orthodox Church in Columbia, South Carolina.

2.      I reside at 3414 Yale Avenue, Columbia, South Carolina, in the United States.

3.      I have known George Georgiou since 1996, when I became the priest of his church in Kitchener, Canada. I served as the priest of his church from 1996 through 1999.

4.      For the past twelve years, I have maintained a very close friendship with Mr. Georgiou. We talk on a regular basis. We have visited each other at least twenty times since I left Kitchener in 1999. Mr. Georgiou also baptized and is godfather to my fourth child.

5.      I am aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial. If necessary, I am willing and able to house Mr. Georgiou at my residence in Columbia, South Carolina, for the duration of the proceedings against him.

6.      I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I am willing and able to post $50,000 as collateral in support of any bond. I know Mr. Georgiou and trust that if he gives his promise to appear, he will do so.

7.      Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Throughout the twelve years that I have known Mr. Georgiou, I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: September 23, 2008

_____
Rev. Michael Athanasios Platanis

Declaration of Chris Bitsakakis

I Chris Bitsakakis, being competent to testify in all respects, do declare as follows:

1. I reside at 2562 10th Sideroad in Campbelleville Ontario, Canada.
2. I have a Bachelors' Degree from Wilfrid Laurier University, and a Masters in Business Administration from the University of Western Ontario.
3. I have known George Georgiou for at least 10 years.
4. I have maintained a personal friendship with Mr. Georgiou. We are currently neighbours as well as friends. Our children play together frequently and our families get together socially on a frequent basis. I have baptized Mr. Georgiou's second youngest child.
5. I understand from Mr. Georgiou that the United States government has initiated criminal proceedings against him and he has not been allowed to leave the United States.
6. My experience with Mr. Georgiou is that he is an honest person that if granted the ability to leave the jurisdiction on a personal recognizance bond that he will return to the jurisdiction for his trial. I believe Mr. Georgiou when he expresses to me how anxious he is to have his day in court to plead his innocence.
7. Based on my experience with Mr. Georgiou I have never witnessed any violent tendancies. Mr. Georgiou has always been a very ethical family man. He is a good father and is very active in his Church and his Community at large. We have served together on the Board of Directors of our local parish Church and he was always very giving in his volunteer work. As his wife has recently given birth to their 5th child, I would like to ask the court to allow him to come home to his family with his promise to return for trial.

I declare under penalty of perjury that the foregoing is true and accurate.

Chris Bitsakakis

## DECLARATION OF NIKOLA NOVAKOVICH

I, Nikola Novakovich, being competent to testify in all respects, do declare as follows:

1.     I reside at 19 Colonial Court, Hamilton, Ontario, Canada.

2.     I have a Bachelor of Commerce degree from McMaster University and am
       currently self-employed.

3.     I have known George Georgiou since 2003, when I was introduced to Mr.
       Georgiou by Mr. Thomas Bock, a mutual friend.

4.     For the past five years I have maintained contact with Mr. Georgiou, and have
       spoken on a regular basis.

5.     I am aware that the United States government has initiated criminal
       proceedings against Mr. Georgiou, and that the prosecutors have opposed
       allowing him to return to Canada before his trial.

6.     Based on my personal experience with Mr. Georgiou, I believe him to be a
       peaceful person.  Throughout the time I have known him, I have never
       witnessed or heard of any incidents that would suggest that Mr. Georgiou has
       a propensity to act violently.  To the best of my knowledge, Mr. Georgiou has
       no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: November 17, 2008

Nikola Novakovich

## DECLARATION OF ALLAN M. & LINDA IRWIN

We, Allan M. & Linda Irwin, being competent to testify in all respects, do declare as follows:

1.    We reside at 824 Maple Ave., Milton, Ontario, Canada L9T 3N4.

2.    We have known George Georgiou since 1990, when he started dating our daughter, Karen Anne Irwin.

3.    For the past eighteen years we have maintained a close family relationship with Mr. Georgiou, who married our daughter, Karen, in 1995 and is the father of their five children.

4.    We are aware that the government has initiated criminal proceedings against Mr. Georgiou, and that the prosecutors have opposed allowing him to return to Canada before trial. We know Mr. Georgiou and trust that if he gives his promise to appear, he will do so. It is a great hardship for our daughter, Karen, & their children, to be separated from their husband and father, especially with Christmas approaching, and the birth of their youngest daughter, whom Mr. Georgiou has yet to see.

5.    Based on our eighteen years of experience with Mr. Georgiou, to the best of our knowledge, Mr. Georgiou has no violent tendencies.

We declare under penalty of perjury that the foregoing is true and accurate.


DATE: November 16, 2008         _____
                                 Allan M. Irwin

DATE: November 16, 2008         _____
                                 Linda Irwin

16-Nov-2008 10:10.   GEORGIOU                              9058545819              P.1

Jul 23 08 09:53p    Al Irwin                905-876-0214              p.1

## DECLARATION OF CHRISTINE LEE NACCARATO

I, Christine Lee Naccarato, being competent to testify in all respects, do declare as
follows:

1.    I am an Educational Resource Worker for Dufferin Peel Catholic District
      School Board in Mississauga, Ontario, Canada.

2.    I reside at 169 Chalmers St., Oakville, Ontario, Canada L6L 5R7

3.    I have known George Georgiou since 1990, when he began dating my sister,
      Karen Anne Georgiou.

4.    For the past 18 years I have maintained a close family relationship with Mr.
      Georgiou. He has since married my sister & is the father of their five
      children.

5.    I am aware that the government has initiated criminal proceedings against Mr.
      Georgiou, and that the prosecutors have opposed allowing him to return to
      Canada before trial. I know Mr. Georgiou and trust that if he gives his
      promise to appear, he will do so.

6.    Based on my experience with Mr. Georgiou, I believe him to be a peaceful
      person. Throughout the 18 years that I have known Mr. Georgiou, I have
      never witnessed or heard of any incidents that would suggest that Mr.
      Georgiou has a propensity to act violently. To the best of my knowledge, Mr.
      Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.


DATE: November 16, 2008                    _____
                                           Christine Lee Naccarato

## DECLARATION OF LEONIDAS GEORGIOU

I, Leonidas Georgiou, being competent to testify in all respects, do declare as follows:

1.  I reside at 362 New Forest Crt., Waterloo, Ontario, Canada.

2.  I am Vice President, Global Sales for a Healthcare Software Company based in Toronto, Ontario, Canada with offices in Cambridge, MA and Adelaide, Australia

3.  I have known George Georgiou since 1980, when were classmates in Greek School and have maintained contact with George and his family over the past twenty-eight years through the Greek Orthodox Church and related functions including numerous family home visits.

4.  I am aware that the government has initiated criminal proceedings against Mr. Georgiou and that the prosecutors have opposed allowing him to return to Canada before trial.

5.  I am willing to sign the Personal Recognizance Bond in support of Mr. Georgiou's release. I know Mr. Georgiou and trust that if he gives his promise to appear, he will do so.

6.  Based on my experience with Mr. Georgiou, I believe him to be a peaceful person. Over the past twenty-eight years, I have always known George to be a kind, sincere, respectful, unselfish, and a very generous gentleman. I have never witnessed or heard of any incidents that would suggest that Mr. Georgiou has a propensity to act violently. To the best of my knowledge, Mr. Georgiou has no violent tendencies.

I declare under penalty of perjury that the foregoing is true and accurate.

DATE: November 17, 2008

_____
Len Georgiou

Declaration of Dr. Terrence D. Aurini

I, Dr. Terrence D. Aurini, am President and CEO of Cello Products Inc. in Cambridge, Ontario. George Georgiou and I have been business associates, and more importantly, friends for over 15 years.

In all these years I have never found George to be anything but honest and truthful in both personal and business dealings. I have spent time with and observed him with his family and know him to be a very loving and caring husband and father.

I have never seen him angry or expressing any tendency to be mean and or violent. I would trust him as I would a close member of my family. If the court were to act in a very beneficial manner prior to trial it is my firm belief that George would honor that show of humanity and that he would return to face the courts of the U.S.A.

He has expressed to me his total innocence in these charges and is most anxious to face his adversaries in a court of law where he is confident he will be exonerated. He has his honor and integrity at stake and is adamant that he must get them back by facing these charges.

I declare this statement to be true under penalty of perjury.

Dated: November 26, 2008
       At Cambridge, Ontario

Dr. Terrence D. Aurini, Ph.D.