Attachment "A"

November 11, 2008

Attention:

Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile # :   1-718-613-2488

Dear Ms. Lee,

I hope this letter finds you well.

In an effort to progress my business affairs I am attempting to convince more business contacts to visit me in New York.

I have scheduled two meetings, subject to your approval, for this week.

I am requesting time for business meetings this:

1. Thursday November 13, 2008 from 2 pm and continue through dinner until 9 pm plus travel time. This meeting would take place at 767th 5th Avenue.

2. Saturday November 15, 2008 from 2 pm until 7 pm plus travel time. This meeting would take place at 125 West 55th Street.

Both parties are available to send you letters of confirmation if you require. I also have materials from my last business meeting for when I see you on November 24th, 2008.

Kindly advise if these times are acceptable. Also, please advise the protocol if for whatever reason the venue of the restaurant changes from that of which I pre-arrange with you.

Thank you for your consideration and have a good week.

Yours truly,

George Georgiou

November 19, 2008

Attention:

Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile # :  1-718-613-2488

Good day Ms. Lee,

I have a business meeting, subject as always to your approval, this Sunday afternoon, starting at 3 pm until 9 pm, November 23, 2008.  The meeting will commence at 767 5th Avenue and continue at 125th West 55th Street.  This will be insufficient time to complete these dealings so the party has agreed to stay overnight and continue on Monday.

I have explained to my party that I am occupied Monday morning until noon so my request includes your permission to continue the meeting from 1 pm to 7 pm Monday, November 24, 2008 at 767 5th Avenue.

Thank you for your consideration.  Kindly advise me at your earliest convenience.

Yours truly,

George Georgiou

December 1st, 2008

Attention:

Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #   1-718-613-2488

Good day Ms. Lee,

I hope you had a good Thanksgiving weekend.

I have a business meeting that subject to your approval is tentatively scheduled for this
Wednesday, December 03, 2008 from 2:30 pm to 9 pm.

Kindly advise if I can have your approval to attend this meeting which is a transaction I
have been working on for some time.

Thank you for your consideration.

Yours truly,

George Georgiou

January 06th, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Good day Ms. Lee,

Happy New Year! I hope your holidays were restful.

Subject to your approval I have a business meeting this Wednesday, January 07, 2008 from 6:45 pm to 9 pm, excluding travel.

The meeting would be at the Laguardia Marriot.

Kindly advise if I may attend this meeting.

Thank you for your consideration.

Yours truly,

George Georgiou

Case 2:09-cr-00088-CDJ   Document 55-1   Filed 04/09/09   Page 6 of 37

January 21st, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Good day Ms. Lee,

Please accept this letter as my request for leave to attend a business meeting this Friday, January 23, 2009.

The meeting time will be from noon until 8:30 pm.

Our meeting will be held at 767 5th Avenue and later at 125 West 55th Street.

Kindly advise if I may attend this meeting.

Thank you for your consideration.

Yours truly,

George Georgiou

Case 2:09-cr-00088-CDJ   Document 55-1   Filed 04/09/09   Page 7 of 37

January 26th, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Good day Ms. Lee,

Please accept this letter as my request for leave to attend a business meeting this Wednesday, January 28th, 2009.

The meeting time will be from 1 pm until 5 pm.

Our meeting will be held at 767 5th Avenue.

Kindly advise if I may attend this meeting.

Thank you for your consideration.

Yours truly,

George Georgiou

January 29th, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Good day Ms. Lee,

I have a very important business contact that has just notified me he is flying in from off continent this Sunday, February 01, 2009. He will be staying overnight and departing the next day.

Please accept this letter as my request for leave to attend a business meeting this Sunday, February 01st, 2009 from 3:30 pm until 9:30 pm and continuing on Monday morning February 02nd, 2009 from 7:30 am until 11:00 am.

On Sunday the meeting would be at 767 5th Avenue followed by dinner at 125 West 55th Street. On Monday morning the meeting would be at the Laguardia Marriot.

Kindly advise if I may attend these two meetings.

Thank you for your consideration.

Yours truly,

George Georgiou

February 11th, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Good day Ms. Lee,

Please accept this letter as my request for business leave for three work matters.

Friday, February 13, 2009 from 11 am until 5 pm for real estate properties tour with an additional business meeting at 515 Madisson Avenue.

Saturday, February 14, 2009 from 3 pm until 10 pm with the dinner at 125 West 55th Street.

Sunday, February 15, 2009 from 3 pm to 8 pm for real estate properties.


Kindly advise if these requests are acceptable.

Thank you for your consideration.

Yours truly,

George Georgiou

March 02, 2009

Attention:

Ms. Anna Lee
US Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
South Wing, Room 219
11201

Facsimile #    1-718-613-2488

Dear Ms. Lee,

Please accept this communication as my request for business leave for this week if acceptable to you (all times exclude travel):

Wednesday, March 04, 2009 from 1 pm to 7:30 pm at American Mall, Manhasset

Thursday, March 05, 2009 from 11:40 pm to 8 pm at 767 5th Avenue

Friday, March 06, 2009 from 10 am to 4 pm at American Mall, Manhasset

Kindly advise.

Thank you for your consideration.

Yours truly,

George Georgiou

March 02, 2009

MEMO TO:   Ms. Anna Lee
           US Pretrial Services Officer
           Eastern District of New York
           225 Cadman Plaza East
           South Wing, Room 219, 11201

FROM:      George Georgiou

Re:        Summary of Meeting on February 19, 2009

Ms. Lee,

Pursuant to our recent discussions I am providing herein a summary of some the business matters discussed during my meeting on February 19, 2009. I had requested leave on this day until midnight which became 1 am to include travel. As it turns out, the meeting ended at 10 pm and I was home by 11 pm. I requested the return time of 1 am to provide for sufficient time, if necessary, for relationship development, the volume of materials and number of matters to be discussed, the complexity of the various structures and to provide my counterparty with an explanation as to my current circumstances.

I have been self employed for almost 15 years. My ability to generate income is directly based upon the strength of relationships I am able to develop and the deals I am able to broker. Much of what I do entails bringing parties together that have reciprocal needs.

However, I realized after you asked me to provide consummated contracts that I had obviously not done a good job explaining to you what I do for a living. Many of the projects I work on are in the areas of mergers and acquisitions, venture financing, business and loan brokerage, which also include real estate and mortgage intermediary services. The transactions can take months or even years just to reach contractual understanding and if an agreement is reached the work of monetizing any of my remuneration or family's carried interest can thereafter take years to come to fruition. Many projects fail entirely due to months of due diligence that prove a transaction inadequate. It is not for everyone but it is what my family has come to depend upon to survive. As such, keeping a constantly fluid pipeline of deals is critical.

My arrest this past September and subsequent indictment last month have completely devastated my business that was almost entirely based in Canada with a few exceptions. The parties that have been willing to visit me in New York have required tremendous hand holding just to have them consider continuing a relationship with me.

So for instance, on February 19th, the meeting started at 3 pm as my party was late and I spent the next 3 hours explaining my circumstances, the belief in my innocence and my worthiness to add value and contribute to the projects in question without reputational

tainting the parties willing to continue doing business with me.  It is not easy when the government has demonized me the way they have.

Thereafter, we reviewed 8 different transactions over a 4 hour dinner which included:

1.  Financing for a mining company (attached – please keep strictly confidential);
2.  a $9,000,000 mortgage debt refinancing for an industrial company;
3.  acquisition of a $15,000,000 per year in sales metal fabrication company;
4.  financing for a money management firm;
5.  distressed debt acquisition of a mutual fund company;
6.  a solar farm development project;
7.  a distressed land acquisition opportunity in Ontario, Canada;
8.  a Caribbean land acquisition opportunity.

If you would like to dig deep into any single one of these opportunities I would be pleased to provide whatever materials you wish to review.



# TRINITY MINING CORP.

## A different company

### "Trying to find what the big guys want"

*Trinity In Summary*

- **Swiss Incorporated Exploration Company, Trinity Mining Holding A.G., trading in Frankfurt under symbol TKX. Company operates out of Montréal, Canada**

- **Working capital as of Feb 1, 2009: $750,000cdn. No debt**

- **Strong and experienced exploration team and board**

- **Exploration activities in Peru coordinated via Societad Minera Trinity SA, a wholly owned Peruvian subsidiary based in Lima**

- **Exploration activities in four projects in Peru.**

February 2009





## Trinity: Project Summary

- The Caupar gold and silver property optioned from IAMGold can earn up to 70% participation. Large tonnage, low grade, run of mine, open pit possibility. Located in La Libertad, Northern Peru, not far from the Barrick Alto Chicama open pit gold mine.

- The Nayca gold and silver property optioned from Goldfield can earn 100% participation. Large tonnage, low grade, open pit possibility in Southern Peru. Partly surrounded by Newmont and Buenaventura.

- The Manarsa III copper-gold property in Northern Peru also can earn up to 100%. Porphyry copper type of Cu-Au mineralization. Large tonnage, low grade, open pit possibility.

- The Chimu 7D property in Central Peru. Wholly owned. Polymetallic mineralization. Several high grade veins. To be explored for open pit possibilities.

February 2009

*Trinity: Financial Set up*

# 1.0 The company: Trinity Mining Holding A.G.

- **Public company based in Zurich, trading on the Frankfurt Stock Exchange under symbol TKX**

- **Wholly owned subsidiary: Sociedad Minera Trinity S.A., Lima, Peru**

- **Issued stock 32,995,500 shares of which:**
    - o 23,339,291 in the hands of two directors
    - o 1,675,000 in the hands of other directors and officers
    - o 1,900,000 in the hands of two of the three founders of Trinity*
    - o 100,000 in the hands of the third founder of Trinity
    - o 5,981,209 in the public, of which about 4,000,000 bought at a price between 1.0 and 1.5 Euro and close to 2,000,000 between 0.50 and 0.015 Euro
    - * 18 months trading restriction starting from early November 2008

February 2009


TRINITY MINING corp.

*Trinity: Financial Set up*

## 1.0 – Con't

- **Stock options:** **3,175,000**
- **Bankers:** **UBS, Zurich**
  **CIBC, Montréal**
- **Working capital as of Feb 1, 2009:** **$ 750,000**
- **Short & long term debt:** **None**
- **Head office:** **Zurich, Switzerland**
- **Operating office:** **Montréal, Canada**
- **Field office:** **Lima, Peru**

February 2009

**TRINITY MINING corp.**

*Trinity: Financial Set up*

## 1.0 – Con't

Contacts

<u>Canada</u>

Jacques Trottier, President                    Trinity Mining Holding A.G.
T: +1 (514) 448-4880                           1, Place Ville-Marie
F: +1 (514) 448-4881                           Suite 2001
Cell: +1 (514) 290-3356                        Montréal, Qc. Canada
                                               H3B 2C4

<u>Peru</u>

Celso Sotomarino, General Manager              Societad Minera Perú S.A.C
Carlos Jimenez, Exploration Manager            San Martin 845, oficina 501
T: +51 (1) 445-4872                            Miraflores, Lima



*Trinity: Management*

# 2.0 Management and Board

## 2.1 Management

- *Jacques Trottier, PhD, Geol, President and CEO, also Director, Board Member*
  - World wide experience in exploration and management of mining companies. Ex-President of Sulliden Explorations Inc and still a Director. Sulliden owns a one million ounces plus open pit gold ore body in Peru. Mr. Trottier also sits on the Board of several other Canadian exploration companies. He has taught at the Université du Québec in Montréal and is a past President of the Quebec Association of Professional Geologists and Geophysicist
- *Stephane Amireault, P.Eng., M.Sc.A., Vice-President Exploration*
  - Mr Amireault has several years experience in Africa and Central and South America. Either on vein type or open pit situations. He is also currently in charge of defining more reserve on the large open pit project called Shahuindo in Peru where the estimated resource is now in the 2 million ounces range.

February 2009



# Trinity: Management and Board

- **Celso Sotomarino, P. Eng. mining, General Manager, Lima office**
  - Mr. Sotomarino is a well known senior mining figure in Peru. He is ex-member of the Peruvian Congress and ex-Director of Banco Minero del Peru

## 2.2 Directors

- **Jean Depatie, B.A. M.Sc, geol. Chairman of the Board**
  - Mr. Depatie has over 30 years of national and international experience in the mining industry. Ex-President and Vice-President of several mining companies, he also served on the Board of various ones, such as Glamis Gold (now Goldcorp) and Novicourt (now Xstrata)

- **George Jones, P.Eng, mining**
  - Ex-President of Novicourt and of Noranda Zinc (now both Xstrata), Mr. Jones brings a diverse background of marketing, business development and management to Trinity. He has also served as Chairman of the International Zinc Association. Mr. Jones currently serves as business and management coach to several resources companies in Canada.

TRINITY MINING corp.

## Trinity: Board

- **Terence Ortslan, P.Eng, mining, MBA**
  - Mr. Ortslan is Managing Director of TSO and Associate, a firm focusing on independent mining, metals and fertilizer research. His business association at corporate levels in the investment industry has been with BBN James Capel, Inc., (now HSBC), LOM, Merrill Lynch (New York) and Deacon Barclays de Zoete Wedd Ltd. He was a founding partner of Deacon.

- **Richard Quesnel, P. Eng**
  - Mr. Quesnel has worked as a senior executive with many large mining companies around the world such as Barrick to name one. He is currently President and CEO of Consolidated Thompson Iron Mines, a multi-million dollar company developing a 640 million tonnes plus world class iron mine in the Quebec – Labrador iron ore mining camp (Iron Ore of Canada, Quebec Cartier Mining, and Wabush Iron Ore)

February 2009





# Trinity: Board

- **Jacques Trottier – Also officer**

- **Jim Voorhees, P. Eng**
  - Mr. Voorhees' last responsibility was as Executive Vice-President and Chief Operating Officer of Glamis Gold Ltd (now Goldcorp). During his stay at Glamis, the company grew from a small cap gold producer to a multi-million dollar one and was taken over by Goldcorp in November 2006 in a US $21 billion dollars transaction. Mr. Voorhees has also worked for the following companies: Arco Coal, Western Mining Corp, Santa Fe Pacific and Newmont.

February 2009



*Trinity Projects: CAUPAR*

## 3.0 Projects

- ■ All projects in Peru, the fourth gold producer in the world.

- ■ All projects located within major gold districts in Peru.

February 2009

February 2009

TRINITY MINING.com.

Trinity Projects

*Trinity Projects: CAUPAR*

## 3.0 Projects

### 3.1 Caupar

- Trinity can earn up to 70% participation in this project optioned from IAMGold who inherited it from Cambior.
- Originally explored as a Copper-Gold project, now a Gold-Silver project.
- Location: East of Trujillo, Northern Peru and close to Barrick's Alto Chicama gold mine. Very easy access and most infrastructural facilities in place. Friendly environment.





*Trinity Projects: CAUPAR*

### 3.1 Con't

- Property size and neighbours: 2000 hectares. Additional 1000 hectares are in process. Gold Fields and Barrick have some land tying up to the property

- Local geology: Brecciated volcanics and intrusives in porphyritic rocks. Heavily oxidized zone, about 100 m in thickness overlying fresh rocks. Main mineralized feature on the property is on top of Cerro Caupar, a smooth and elongated hogback like mountain.

# CAUPAR: Regional Location



TRINITY MINING com.

February 2009

TRINITY MINING Corp.

*CAUPAR: Claim Location*

2000 Ha.

1.2 sq. km

February 2009

CAUPAR: 3D Topo and zone

TRINITY MINING.com

February 2009

*CAUPAR: Panoramic View*



TRINITY MINING corp.

February 2009



*CAUPAR: Surface Expression*

**Caupar Prospect**
- 1.2 sq. km anomaly
- Defined by rock surface samples
- 1000 samples inside the anomaly
- Over 50% of them above 0.1g/t Au
- 13% above 0.3 g/t Au

TRINITY MINING.com

Kilometers

February 2009

## *CAUPAR: Trench work*



**Trench # 04**

Top of the Mountain looking SW

February 2009



View of the Tourmaline
Breccia looking E





*CAUPAR: Geological model*

February 2009

# CAUPAR: Comparison with Marigold Mine

## 3.2. Parallel Between Marigold Nevada (Goldcorp) and Caupar

### Marigold Mine
### (In Production)

- Location: Battle Mountain, Nevada
- Run of mine, open pit, heap leaching
- Total reserves: **85,000,000 tonnes**
- Head grade: **0.72 g/t Au**
- Recovered grade: **0.50 g/t Au**
- Ore/waste ratio:  **1:4**
- Mining costs: **US$1.10/tonne**
- Milling costs: **US$0.61/tonne**
- Overall direct production costs:
    - US$ 5.60/tonne (ore & waste)
    - <u>US$ 0.61/tonne (ore)</u>
      US$ 6.21/tonne
- Total daily amount of rocks removed (ore & waste):  **100,000 tonnes / day**
- Amount of ore mined: **20,000 tonnes**

### Caupar Project
### (Not In Production)

- Location: Alto Chicama area, Peru
- Run of mine, open pit, heap leaching
- Possible resource: **over 100,000,000 tonnes**
- Targeted head grade: **0.50 to 0.75 g/t Au**
- Targeted recovered grade: **0.36 to 0.5 g/t Au**
- Ore/waste ratio: **Nil**
- Est. mining costs: **$1.10/tonne**
- Est. milling costs:  **$0.61/tonne**
- Overall direct production costs: **$1.71/tonne**
- Total daily amount of ore mined: **30,000 tonnes**

February 2009


TRINITY MINING CORP.

# CAUPAR: Comparison with Marigold Mine

### 3.2 – Con't

| **Marigold Mine**<br>**(In Production)** | **Caupar Project**<br>**(Not In Production)** |
|---|---|

- Note: Deposit made up of several lenses oriented in a S-N direction where lenses are found up to 100 meters deeper from surface going northward.

- The ore lenses at Marigold are found within a S—>N strike length of 10 kms plus.

- Note: With gold at $900.00/oz (US)
  - 1 oz = 30 grams (±)
  - 1 g/t Au = ±US$30.00
  - 0.5 g/t Au = ±US$15.00

- Note: Deposit made up with a gold mineralized, oxidized, 100 m deep, zone overlying the copper-gold-silver mineralized fresh rocks. Pervasive fine and free gold mineralization in oxides.

- Caupar's mineralization has been followed over a strike length of more than two kms and across a width of a few hundred meters to over one km.

February 2009



TRINITY MINING corp.

# CAUPAR: *Tentative Financial Projection*

## 3.2 Tentative Financial Projection for the project  (US $)

- Conceptual mining reserve: 100 mt for 1,6 m oz Au.

- Mining: 30 000 t / day (9.0 m t/y). Waste to ore ratio tending to zero.

    Cut-off grade 0.15 g/t Au

- Heap leach:  Recovered grade 0.4 g/t Au*, no silver credits accounted for.

- Production cost:
    - Mining:              1.10 $ / t
    - Milling:             0.61 $ / t
    - Management:          1.00 $ / t
    - Miscellaneous:       <u>1.00 $ / t</u>
    - Total:               3.71 $ / t     ($ 274.00 / oz)

- Gross income: 0,4 g/t Au x 30 $ / g Au (900 $ / oz) = 12.00 $ / t

- **Gross profit:** $12.00 − $3,71 = $8.29 / t x 9.0 mt / y = **$74,6 M / y**

February 2009



# CAUPAR: *Tentative Financial Projection*

## 3.2 continued

- Other Considerations:

    - Life of mine: 11 years
    - Total (non discounted) projected gross profit:  $820 M
    - Capital cost :  Less than $100 M
    - Permitting: about 1 year
    - Construction: about 1 year

- \* Note: Discovery hole C-2008-04 returned 73 m @ 0.38 g/t Au and 10.7 g/t Ag. At surface, there were hardly any values. The subsequent long trenches dug within part of the mineralized area returned hundreds of meters with continuous values in the 0.2-0.5 g/t Au range. No silver values. The precious metal values, gold and silver, do increase with depth. This is why we are using an average value of 0.40 g/t Au recovered. The project will still fly with 0.30 g/t Au recovered.


TRINITY MINING corp.