## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| GEORGE GEORGIOU | : | No. 09-88 |

### O R D E R

**AND NOW**, this 16th day of September, 2009, in consideration of Defendant's "Motion to Direct Production of Documents by Kevin Waltzer and the Law Firm of Looney & Grossman LLP in Advance of Trial Pursuant to Fed. R. Crim. P. 17(c)" (Doc. No. 82), and the Government's Response thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE