**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                          |   |                  |
|--------------------------|---|------------------|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION  |
|                          | : |                  |
| v.                       | : | No. 09-88        |
|                          | : |                  |
| GEORGE GEORGIOU          | : |                  |

**O R D E R**

   **AND NOW**, this  29th day of September, 2010, upon consideration of Defendant George

Georgiou's "Supplemented and Amended Motion for New Trial Pursuant to Rule 33" (Doc. No.

194) and the Government's Response thereto, it is hereby **ORDERED** that the Motion is

**DENIED**.

                                        BY  THE  COURT:


                                        /s/ Robert F. Kelly
                                        ROBERT F. KELLY
                                        SENIOR JUDGE