# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 09-88 |
| GEORGE GEORGIOU | : | |

**O R D E R**

**AND NOW**, this 18th day of March, 2011, upon consideration of Defendant George Georgiou's "Motion for a New Trial Pursuant to Rule 33 for Brady and Jencks Act Violations" (Doc. No. 232), and the Response and Reply thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE