# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 09-088 |
| GEORGE GEORGIOU, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 23rd day of March, 2021, upon consideration of Defendant's Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) (ECF No. 635), it is hereby ORDERED that said Motion is DENIED with leave to re-file.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.