**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 09-0088** |
| | : | |
| **GEORGE GEORGIOU,** | : | |
| *Defendant*, *pro se*. | : | |

# ORDER

**AND NOW**, this 28th day of September 2026, upon consideration of Defendant's *pro se motion for relief from judgment pursuant to Rule 60*, (Doc. 710), *pro se motion to grant the Rule 60 motion as unopposed*, (Doc. 712), and the United States of America's *response in opposition*, (Doc. 714), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to grant the Rule 60 motion as unopposed, (Doc 712), and the motion for relief from judgment pursuant to Rule 60, (Doc. 710), are both **DENIED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*